**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ELIZABETH MICHELLE ANGELL
and BRETT ANGELL, her husband,

    Plaintiffs,

v.                                                          Case No. 3:18-cv-282-J-34JBT

ALLERGAN SALES, LLC, a foreign
limited liability company,

    Defendant.

## O R D E R

**THIS CAUSE** is before the Court on Plaintiffs' Amended Motion for Leave to File Second Amended Complaint (Dkt. No. 34; Motion) filed on June 29, 2018. In the Motion, Plaintiffs seek leave to file a Second Amended Complaint in this matter. See Motion at 1. However, upon review of the Motion, it appears that Plaintiffs failed to provide adequate certification under Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida (Local Rule(s)), confirming that they have conferred with Defendant in a good faith effort to resolve the issues raised by the Motion and advising the Court whether Defendant agrees to the relief requested. In the Motion, counsel for Plaintiffs advises the Court that he attempted to contact counsel for Defendant via phone and email on multiple occasions on June 29, 2018, but was unable to speak with counsel. See Motion at 5. Local Rule 3.01(g) specifically states that "certification to the effect that opposing counsel was unavailable for a conference before filing a motion is insufficient to satisfy the parties'

obligation to confer." Therefore, as Plaintiffs have once again failed to comply with the Local Rules of this Court, their Motion will be stricken.

In light of the foregoing, it is

**ORDERED:**

Plaintiffs' Amended Motion for Leave to File Second Amended Complaint (Dkt. No. 34) is **STRICKEN**. Plaintiffs shall ensure that they sufficiently comply with Local Rule 3.01(g) prior to filing motions with this Court.

**DONE AND ORDERED** at Jacksonville, Florida this 2nd day of July, 2018.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record